1  BARRY E. HINKLE, Bar No. 071223
   PATRICIA A. DAVIS, Bar No. 179074
2  EZEKIEL D. CARDER, Bar No. 206537
   YURI Y. GOTTESMAN, Bar No. 264924
3  WEINBERG, ROGER & ROSENFELD
   A Professional Corporation
4  1001 Marina Village Parkway, Suite 200
   Alameda, CA  94501-1091
5  Telephone (510) 337-1001
   Facsimile (510) 337-1023
6
7  Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>BUENA VISTA GRADING & PAVING, INC., a California Corporation,<br><br>Defendant. | No.   CV 10-3839 SBA<br><br>**STIPULATION TO CONTINUE ORDER DISMISSING ACTION FOR SIXTY (60) DAYS, OR IN THE ALTERNATIVE, PLAINTIFFS' REQUEST TO REOPEN CASE; ORDER** |

The parties in the above-referenced case reached a tentative settlement in September 2011, and since that time, the parties have been working to complete the audit of Defendant's books and records and finalize the necessary settlement documents.  The parties, however, are still in the process of finalizing the settlement documents and need additional time to do so.  Thus, the parties, by and through their respective counsel of record, hereby stipulate and request that the Court extend its Order Dismissing Action for an additional sixty (60) days.  A copy of said Order, signed

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
(510) 337-1001

Stipulation to Continue Order Dismissing Action, or in the Alternative, Plaintiffs' Request to Reopen Case; [Proposed] Order
Case No. 10-3839 SBA

1  October 18, 2011, is attached hereto as Exhibit A.

2  The parties further stipulate and request that said dismissal provide: (a) that if either party
3  certifies with the Court within sixty (60) days that resolution has not in fact occurred, this matter
4  may be restored to the Court's calendar and set for trial; and (b) that the parties will have until
5  January 30, 2012, to reopen the case if a resolution has not in fact occurred.

6  If the Court denies the parties request to extend the conditional dismissal for a period of
7  sixty (60) days, Plaintiffs, by and through their counsel of record, hereby request that the Court
8  reopen the above-referenced case. Plaintiffs request that the case be reopened as they have not
9  received the necessary settlement documentation pursuant to the tentative settlement reached by
10 the parties in the above-referenced case, and as a result the case has not been resolved.

11 Dated: December 1, 2011

12
　　　　　　　　　　　　　　　　　　　WEINBERG, ROGER & ROSENFELD
　　　　　　　　　　　　　　　　　　　A Professional Corporation
13

14 　　　　　　　　　　　　　　　　By:   /s/ Ezekiel D. Carder
　　　　　　　　　　　　　　　　　　　　EZEKIEL D. CARDER
15 　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs

16
Dated: December 1, 2011
17
　　　　　　　　　　　　　　　　　　　JOSEPH W. McCARTHY, A LAW CORPORATION
18

19 　　　　　　　　　　　　　　　　By:   /s/ Joseph W. McCarthy
　　　　　　　　　　　　　　　　　　　　JOSEPH W. McCARTHY
20 　　　　　　　　　　　　　　　　　　　Attorneys for Defendant

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
(510) 337-1001

- 3 -

**ORDER**

Pursuant to the Stipulation of the Parties, and for good cause showing, the Order Dismissing Action filed on October 18, 2011, is hereby continued for sixty (60) days.  IT IS HEREBY ORDRED THAT this action and all claims asserted herein are DISMISSED with prejudice.  In the event that settlement is not reached, any party may move to reopen the case and the trial will be rescheduled, provided that such motion is filed within sixty (60) days of this Order. All scheduled dates, including the trial and pretrial dates, are VACATED.

Dated:__12/6/11                    *Saundra B. Armstrong*

The Honorable Saundra Brown Armstrong,
United States District Court Judge

125658/646610

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
(510) 337-1001

Stipulation to Continue Order Dismissing Action, or in the Alternative, Plaintiffs' Request to Reopen Case; [Proposed] Order
Case No. 10-3839 SBA